FILED
BILLINGS DIV.

2011 AUG 25  AM 10 26

PATRICK E. DUFFY, CLERK

BY _____
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BILLINGS DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BRANDON ROBERTS,

            Plaintiff,

-vs-

NORTHWEST ORTHO PLUS, INC.,

            Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CAUSE NO.  CV -11-0038-BLG-RFC

**ORDER**

Upon joint stipulation between the parties hereto, by and through their counsel of record,

IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice, each party to bear their own costs and attorney fees.

1

DATED this 25 day of August, 2011.

Richard F. Cebull
U.S. DISTRICT COURT JUDGE

2